## C. H. Pitt Corp., Appellant, *v.* Rosen.

Argued October 11, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Ralph H. German,* with him *Robert H. Shoop, Jr.,* and *Houston, Cooper, Speer & German,* for appellant.

*Herbert B. Lebovitz,* with him *Lebovitz & Lebovitz,* for appellee.

OPINION PER CURIAM, November 12, 1968:
Judgment affirmed.
Mr. Justice MUSMANNO took no part in the consideration or decision of this case.